UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA,

    Plaintiff,

V..                     CIVIL ACTION NO: 2:10-1007

$475,823.75, MORE OR LESS,
IN UNITED STATES CURRENCY,

    Defendant.

## VERIFIED CLAIM

Now comes Myra C. Miller and John J. Miller, and respectfully files a claim on the following property: $475,823.75, more or less, in United States currency. These individuals claim sole, exclusive ownership of the following $475,823.75, more or less, in United States currency, as it is their lawful property earned through their business, as well as savings through many, many, many years.

                                              MYRA C. MILLER and
                                              JOHN J. MILLER
                                              BY COUNSEL

THE WOOTON LAW FIRM

BY:   /s/ John D. Wooton
      JOHN D. WOOTON (4138)
      P.O. Box 2600
      Beckley, WV 25802-2600

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA,

    Plaintiff,

V..                    CIVIL ACTION NO: 2:10-1007

$475,823.75, MORE OR LESS,
IN UNITED STATES CURRENCY,

    Defendant.

## CERTIFICATE OF SERVICE

I, John D. Wooton, counsel for Myra Miller and John J. Miller, do hereby certify that today a true copy of the Verified Claim was this day mailed to the following, by first class mail, postage prepaid, this 16th day of September, 2010.

                Betty A. Pullin
          Attorney for the United States
          United States Attorney's Office
        300 Virginia Street, East Room 400
              Charleston, WV 25301


                            /s/ John D. Wooton
                            JOHN D. WOOTON

# **VERIFICATION**

STATE OF WEST VIRGINIA,

COUNTY OF __Raleigh__, TO-WIT:

We, Myra C. Miller and John J. Miller, declare under penalty of perjury as provided by 28 U.S.C. § 1746, the following:

That the foregoing Verified Claim and everything contained therein is true and correct to the best of our knowledge and belief, except where stated to be upon information and belief, in which case we believe it to be true.

_____
Myra C. Miller

_____
John J. Miller

Taken, subscribed and sworn to by me this 22nd day of September, 2010.

_____
Notary Public

My commission expires: __October 19, 2016__

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
LORI M. DEAL
THE WOOTON LAW FIRM
P O BOX 2600
BECKLEY WV 25802-2600
My commission expires October 19, 2016