UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA,

    Plaintiff,

V.                    CIVIL ACTION NO: 2:10-1007

$475,823.75, MORE OR LESS,
IN UNITED STATES CURRENCY,

    Defendant.

VERIFIED CLAIM

Now comes Myra C. Miller, and respectfully files a claim on the following property:

1. Various parcels of real property on West Third Avenue, Williams, Mingo County, West Virginia, and being more particularly described in those certain deeds dated October 29, 2009, and recorded in the Office of the Clerk of the County Commission for Mingo County, West Virginia, in Deed Book 428 at pages 713, 715, 717 and 719. Mrs. Miller states that she is a member of WD, LLC, the owner of the four tracts of land in Williamson, West Virginia, which she acquired through a Deed of Trust representing the entire equity of property exists therein.

2. Real property containing 78 acres, more or less, of surface, situated, lying and being on Big Lick Run of Tanner's Fork of Steer Creek, Center District, Gilmer County, West Virginia, and being more

particularly described in that certain deed dated April 21, 2006, and recorded in the Office of the Clerk of the County Commission for Gilmer County, West Virginia in Deed Book 469 at page 479. Mrs. Miller owns a one half undivided interest of this property.

3. Real property having a street address of 231 Central Avenue, South Williamson, Pike County, Kentucky, and being more particularly described in that certain deed dated September 28, 2006, and recorded in the Office of the Clerk of the County Court of Pike County, Kentucky, in Deed Book 911 at page 441. Mrs. Miller owns a one half undivided interest of this property.

These three parcels of property are the subject of the forfeiture in the above referenced civil action, by way of amended complaint.

The said Myra Miller asserts a claim as the owner of one half undivided interest in her name on the property in Kentucky and in Gilmer County, West Virginia, and as the member and principal officer of WD, LLC, the owner of the four tracts in Williamson, West Virginia.

Myra Miller asserts that the three parcels of property which are the subject of the forfeiture were obtained by lawful and legitimate funds and are not subject to forfeiture.

                        MYRA C. MILLER and
                        BY COUNSEL

THE WOOTON LAW FIRM

BY: /s/ John D. Wooton
JOHN D. WOOTON (4138)
P.O. Box 2600
Beckley, WV 25802-2600

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA,

    Plaintiff,

V..                    CIVIL ACTION NO: 2:10-1007

$475,823.75, MORE OR LESS,
IN UNITED STATES CURRENCY,

    Defendant.

### CERTIFICATE OF SERVICE

I, John D. Wooton, counsel for Myra Miller, do hereby certify that today a true copy of the Verified Claim was this day mailed to the following, by first class mail, postage prepaid, this 5th day of April 2011.

                Betty A. Pullin
                Attorney for the United States
                United States Attorney's Office
                300 Virginia Street, East Room 400
                Charleston, WV 25301

                /s/ John D. Wooton
                JOHN D. WOOTON

# **VERIFICATION**

STATE OF WEST VIRGINIA,

COUNTY OF ___Mingo___, TO-WIT:

I, Myra C. Miller, declare under penalty of perjury as provided by 28 U.S.C. § 1746, the following:

That the foregoing Verified Claim and everything contained therein is true and correct to the best of my knowledge and belief, except where stated to be upon information and belief, in which case I believe it to be true.

_Myra C. Miller_
Myra C. Miller

Taken, subscribed and sworn to by me this _5th_ day of _April 2011_, 2011.

_Delilah F Baisden_
Notary Public

My commission expires: _March 23, 2014_



OFFICIAL SEAL
Notary Public, State of West Virginia
DELILAH F BAISDEN
[address illegible] Williamson, WV 25661
My Commission Expires March 23, 2014