UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CIVIL NO.2:10-cv-01007

$475,823.75, MORE OR LESS,
IN UNITED STATES CURRENCY;
TWO REAL PROPERTIES IN
WEST VIRGINIA and ONE REAL
PROPERTY IN KENTUCKY, together
with all improvements thereon
and appurtenances thereto,

    Defendants.

Myra C. Miller and
John J. Miller,

    Interested Parties.
    (No pending criminal charges.)

## VERIFIED CLAIM

Now comes John J. Miller and respectfully files a claim on the following property:

1.     $475,823.75, more or less, in United States currency. Mr. Miller claims ownership of this currency as it is the lawful property of his, accumulated over the years by employment and savings. Mr. Miller owns a one half undivided interest in this property.

2.     Real property containing 78 acres, more or less, of surface, situated, lying and being on Big Lick Run of Tanner's Fork of Steer Creek, Center District, Gilmer County, West Virginia, and being more particularly

       described in that certain deed dated April 21, 2006, and recorded in the Office of the Clerk of the County Commission for Gilmer County, West Virginia in Deed Book 469 at page 479. Mr. Miller owns a one half undivided interest of this property.

3.   Real property having a street address of 231 Central Avenue, South Williamson, Pike County, Kentucky, and being more particularly described in that certain deed dated September 28, 2006, and recorded in the Office of the Clerk of the County Court of Pike County, Kentucky, in Deed Book 911 at page 441. Mr. Miller owns a one half undivided interest of this property.

The above properties are the subject of the forfeiture in the above referenced civil action, by way of amended complaint.

Mr. Miller asserts that the property which is the subject of the forfeiture was obtained by lawful and legitimate funds and is not subject to forfeiture.

                                              JOHN J. MILLER
                                              By Counsel

/s/ Gregory J. Campbell
Gregory J. Campbell, Esq. (WVSB #608)
Campbell Law Offices
1412 Kanawha Boulevard, East
Charleston, WV 25301
(304)342-4815 telephone
(304) 344-4038 facsimile

## **VERIFICATION**

STATE OF WEST VIRGINIA,

COUNTY OF  Kanawha , TO-WIT.

I, John J. Miller, declare under penalty of perjury as provided by 28 U.S.C § 1746, the following:

That the foregoing Verified Claim and everything contained therein is true and correct to the best of my knowledge and belief, except where stated to be upon information and belief, in which case I believe it to be true.

_____
John J. Miller

Taken, subscribed and sworn to by me the 15 day of April, 2011.

_____
Notary Public

My commission expires: 9-20-2020



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      CIVIL NO.2:10-cv-01007

$475,823.75, MORE OR LESS,
IN UNITED STATES CURRENCY;
TWO REAL PROPERTIES IN
WEST VIRGINIA and ONE REAL
PROPERTY IN KENTUCKY, together
with all improvements thereon
and appurtenances thereto,

        Defendants.

Myra C. Miller and
John J. Miller,

        Interested Parties.
        (No pending criminal charges.)

### CERTIFICATE OF SERVICE

        The undersigned does hereby certify that a true and accurate copy of the **VERIFIED CLAIM** was served this 15TH day of April, 2011 via electronic filing upon the following persons:

Betty A. Pullin
Assistant United States Attorney
300 Virginia Street, Suite 4000
Charleston, West Virginia 25301
(304) 345-2200

/s/   Gregory J. Campbell
Gregory J. Campbell, Esq. (WVSB #608)
Campbell Law Offices
1412 Kanawha Boulevard, East
Charleston, WV 25301
(304)342-4815 telephone
(304) 344-4038 facsimile