IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                          Civil Action No. 2:10-1007

$475,823.75, MORE OR LESS,
IN UNITED STATES CURRENCY;
TWO REAL PROPERTIES IN
WEST VIRGINIA and ONE REAL
PROPERTY IN KENTUCKY, together
with all improvements thereon
and appurtenances thereto,

      Defendants.

### MOTION OF THIRTY-FIVE THIRD AVE., LLC; VINSONIAN INVESTMENTS, LLC; AND HENRY VINSON TO INTERVENE IN FORFEITURE ACTION

      Comes now Thirty-Five Third Ave., LLC; Vinsonian Investments, LLC; and Henry Vinson, by and through counsel Stroebel & Johnson, P.L.L.C.; pursuant to Rule 24(a)(2) of the Federal Rules of Civil Procedure and moves this Honorable Court for an Order granting their Motion to Intervene in the above captioned forfeiture action styled above. In further support of this motion, petitioners state as follows:

      1.     Rule 24 of the Federal Rules of Civil procedure gives a party the right to intervene in an action when the party claims an interest relating to the property that is the subject of the action.

      2.     Each of the parties set forth herein have an interest in certain properties that are the subject of the forfeiture action filed by the United States of America.

      3.     In accordance with Rule 24(c) a copy of the claim for which intervention is sought is being filed contemporaneously herewith.

Wherefore, petitioners request that this Honorable Court enter an Order granting them leave to intervene in the above referenced matter.

        THIRTY-FIVE THIRD AVE., LLC;
VINSONIAN INVESTMENTS, LLC; and
HENRY VINSON
By Counsel,

/s/Paul M. Stroebel
Paul M. Stroebel, Esquire
Stroebel & Johnson, P.L.L.C.
Post Office Box 2582
Charleston, West Virginia 25329-2582

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                        Civil Action No. 2:10-1007

$475,823.75, MORE OR LESS,
IN UNITED STATES CURRENCY;
TWO REAL PROPERTIES IN
WEST VIRGINIA and ONE REAL
PROPERTY IN KENTUCKY, together
with all improvements thereon
and appurtenances thereto,

      Defendants.

## CERTIFICATE OF SERVICE

    I, Paul M. Stroebel hereby certify that a true and exact copy of the foregoing *"Motion of Thirty-Five Third Ave., LLC; Vinsonian Investments, LLC and Henry Vinson to Intervene in Forfeiture Action"* has been served upon all counsel of record this 3rd day of May, 2011.

                                                                 /s/ Paul M. Stroebel
                                                                 PAUL M. STROEBEL