# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**                                                              **Civil Action No. 2:10-1007**

**$475,823.75, MORE OR LESS,**
**IN UNITED STATES CURRENCY;**
**TWO REAL PROPERTIES IN**
**WEST VIRGINIA and ONE REAL**
**PROPERTY IN KENTUCKY, together**
**with all improvements thereon**
**and appurtenances thereto,**

**Defendants.**

## VERIFIED CLAIM OF THIRTY-FIVE THIRD AVE., LLC; VINSONIAN INVESTMENTS, LLC; AND HENRY VINSON

Comes now Thirty-Five Third Ave., LLC; Vinsonian Investments, LLC; and Henry Vinson, by and through counsel Stroebel & Johnson, P.L.L.C. and hereby files claims contesting the forfeiture of property, pursuant to Rule G(5)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims, namely various parcels of real property and all appurtances therein located on West Third Avenue; Williamson, West Virginia and more fully described below:

1.      The real property located at 35 W. 3rd Ave., Williamson, WV includes two lots (23 and 24) totaling 50 x 100 sq. ft., fronting 3rd Ave. and extending back to the alley. The property was previously deeded in the name of Thirty-Five Third Ave., LLC., prior to being deeded to W.D., LLC.

2.      The real property located at 41 W. 3rd Ave., Williamson, WV includes two lots (21 and 22) totaling 50 x 100 sq. ft., fronting 3rd Ave. and extending back to the alley. The property was previously deeded in the name of Thirty-Five Third Ave., LLC., prior to being deeded to W.D., LLC.

3. The real property located at 55 W. 3rd Ave., Williamson, WV includes two lots (19 and 20) totaling 50 x 100 sq. ft., fronting 3rd Ave. and extending back to the alley. The first floor is partially leased to Tug Valley Veterinary Clinic, while two apartments are located on the second floor. The property was deeded in the name of Vinsonian Investments, LLC., prior to being deeded to W.D., LLC.

4. The real property located at corner of Dickenson Street and 3rd Ave., Williamson, WV (located next door to 55 W. 3rd Ave.) includes two lots (17 and 18) totaling 50 x 100 sq. ft., fronting 3rd Ave. and extending back to the alley. The property was deeded in the name of Vinsonian Investments, LLC, prior to being deeded to W.D., LLC.

5. That the above properties were held by various limited liability companies solely owned or controlled by Joyce Vinson. Following her death in August of 2006, these properties passed to her son, Henry Vinson.

6. That the above real properties were purchased by W.D., LLC with the agreement pay monthly installments on the property. W.D. LLC has failed to make those payments and is in default.

7. As a result of the default by W.D., LLC, Thirty-Five Third Ave., LLC; Vinsonian Investments, LLC; and Henry Vinson currently have an interest in the above referenced properties which deeds are currently recorded in the Office of the Clerk of the County Commission for Mingo County, West Virginia, in Deed Book 428 at pp. 713, 715, 717 and 719 in the name of W.D., LLC.

8. Whereby Henry Vinson hereby verifies under oath that the foregoing information is accurate and true to the best of his belief and knowledge.

Wherefore, claimants respectfully request that the properties herein not be forfeited and that the rightful owner be awarded all interest and rights properly accorded to them.

THIRTY-FIVE THIRD AVE., LLC;
VINSONIAN INVESTMENTS, LLC; and
HENRY VINSON
By Counsel,

/s/Paul M. Stroebel
Paul M. Stroebel, Esquire
Stroebel & Johnson, P.L.L.C.
Post Office Box 2582
Charleston, West Virginia 25329-2582

Henry Vinson

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                                      **Civil Action No. 2:10-1007**

**$475,823.75, MORE OR LESS,**
**IN UNITED STATES CURRENCY;**
**TWO REAL PROPERTIES IN**
**WEST VIRGINIA and ONE REAL**
**PROPERTY IN KENTUCKY, together**
**with all improvements thereon**
**and appurtenances thereto,**

      **Defendants.**

## CERTIFICATE OF SERVICE

    I,  Paul M. Stroebel hereby certify that a true and exact copy of the foregoing *"Verified*

*Claim of Thirty-Five Third Ave., LLC; Vinsonian Investments, LLC; and Henry Vinson"* has been

served upon all counsel of record this 3rd day of May, 2011.

 

                                   /s/ Paul M. Stroebel
                                   PAUL M. STROEBEL