**State of West Virginia, Mingo County, to-wit:**

I, Gaither Perry, Publisher of the Williamson Daily News, a paper published in the County aforesaid, do affirm that the ___Notice___ hereto attached was published in said paper for __3__ successive weeks, the first publication thereof being on the ___1st___ day of ___April___ 2011 and the subsequent publication on the ___8th___ day of ___April___ 2011, the ___15th___ day of ___April___, 2011, the _____ day of _____ 2011, and the _____ day of _____, 2011.

_____ (signature)

**State of West Virginia, Mingo, to-wit:**

_____ being duly sworn, says that he posted a copy of the annexed _____ at the front door of the Court House of said County, on the _____ day of _____ 2011.

Taken, subscribed and sworn to before me, this __12th__ day of __July__ 2011. Printer's fee $ __345.96__

___Chad E. Whitt___
Notary Public

MY COMMISSION EXPIRES ON __Feb. 10, 2021__

OFFICIAL SEAL
STATE OF WEST VIRGINIA
NOTARY PUBLIC
CHAD E. WHITT
PO Box 303
Whitman, WV 25652
My Commission Expires February 10, 2021

UNITED STATES DISTRICT OF COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA CHARLESTON

UNITED STATES OF AMERICA, Plaintiff, V.
CIVIL ACTION NO. 2:10-cv-01007

$475,823.75, MORE OR LESS, IN UNITED STATES CURRENCY;

TWO REAL PROPERTIES IN WEST VIRGINA and ONE REAL PROPERTY IN KENTUCKY, together with all improvements thereon and appurtenances thereto,

Defendants.

(Myra C. Miller, and John J. Miller, No pending federal charges)

LEGAL NOTICE OF FORFEITURE

Notice is hereby given that on March 21, 2011, The United States of American filed an action, pursuant to 18 U.S.C. &sect; 983 (a), 985, to enforce the provision of 21 U.S.C. &sect; 881 (a) (6) and (a) (7.), for the forfeiture of sums of currency and three real properties, on the grounds that the currency and real properties were furnished in exchange for a controlled substance or constitute proceeds traceable to such an exchange, or were used or intended to be used in any manner or part to commit or to facilitate the commission of, one or more violations of the Controlled substances Act, 21 U.S.C. &sect; 801 et seq., or a conspiracy to commit such violations.

The defendant currency consists of the following:

1. $465,815.00, more or less (CATS NO 10-FBI-002707), which was seized on or about March 2, 2010 from the resident of MYRA C. MILLER and JOHN J. MILLER, 231 Central Avenue, South Williamson, Kentucky, pursuant to a federal search warrant issued by the United States District Court for the Eastern District of Kentucky and executed on the Miller residence on or about March 2, 2010; and

2. $10,008.75, more or less (CATS No. 10-FBI-002615), which was seized from account number XXXXXXXXX9439, in the named of MYRA C. MILLER, at Branch Banking & Trust (BB&T), pursuant to a federal seizure warrant issued by the United States District Court for the Southern District of West Virginia and executed on the account on or about March 2, 2010.

The defendant real properties are more particularly described as follows:

1. Various parcels of real property on West Third Avenue Williamson Mingo County, West Virginia, together with all improvements thereon and appurtenances thereto, and being more particularly described in those certain deeds dated October 29, 2009, and recorded in the Office of the Clerk of the County Commission for Mingo County, West Virginia, in Deed Book 428 at pp. 713, 715, 717, and 719. Said properties are titled in the name of "W.D. LLC;"

2. Real property containing 78 acres, more or less, of surface situated, Mingo being of Big Lick Run of Tanner's Fork of Steer Creek, Center District, Gilmer County, West Virginia, together with all improvements thereon and appurtenances thereto, and being more particularly described in that certain deed dated April 21, 2006, and recorded in the Office of the Clerk of the County Commission for Gilmer County, West Virginia, in Deed Book 469 at page 479. Said property is titled in the names of John J Miller and Myra C. Miller, and

3. Real property having a street address of 231 Central Avenue South Williamson, Pike County Kentucky, together with all improvements thereon and appurtenances thereto, and being more particularly described in that certain deed dated September 23, 2006, and recorded in the Office of the Clerk of the County Court of Pike County, Kentucky, in Deed Book 911 at page 441. Said property is titled solely in the name of Myra C. Miller.

Pursuant to 18 U.S.C. &sect;983 (a) (4) and Rule G (5) (a) (ii) (B) of the Supplemental Rules for Certain Admiralty and Maritime Claims, anyone claiming ownership of or an interest in any of the forfeited property must file and serve a verified claim within thirty-five (35) days from the date of final publication of this Notice, and must file and serve an answer, or a motion under FRCvP Rule 12, within twenty-one (21) days after the filing of the verified claim.

NOTE: A claimant waives an objection to in rem jurisdiction or to venue if the objection is not made by motion or stated in the answer.

All such claims and answers must be filed with the Office of the Clerk, United States District Court, P. O. Box 2546, Charleston, West Virginia, 25329, with copies thereof sent to Betty A Pullin, Assistant United States Attorney P.O Box 1713, Charleston, West Virginia, 25329.

Filing with the Clerks's Office and serve upon the United States also may be done electronically by accessing the following website

https://ecf.wvsd.uscourts.gov referencing this civil action.

UNITED STATES OF AMERICA By counsel

R. BOOTH GOODWIN IIUNITED STATES ATTORNEY

By: BETTY A. PULLIN Bar Number: 5590 Assistant United States Attorney P.O. Box 1713 Charleston, West Virginia 25326 (304) 345-2200

4:1,8,15