```
             UNITED STATES DISTRICT COURT FOR THE
               SOUTHERN DISTRICT OF WEST VIRGINIA
                           CHARLESTON
```

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

  v.                            CIVIL ACTION NO. 2:10-cv-1007

**$475,823.75, MORE OR LESS,
IN UNITED STATES CURRENCY;
TWO REAL PROPERTIES IN
WEST VIRGINIA AND ONE REAL
PROPERTY IN KENTUCKY, together
with all improvements thereon
and appurtenances thereto,**

        **Defendants.**

**(Myra C. Miller and
John J. Miller, interested parties; and**

**Thirty-Five Third Ave., LLC,
Vinsonian Investments, LLC, and
Henry Vinson, Intervenors)**

**TO:**  HENRY VINSON
      c/o Paul M. Stroebel, Esquire
      Stroebel & Johnson
      P. O. Box 2582
      Charleston, West Virginia  25329-2582
      Email:  paulstroeb@aol.com

**AMENDED
<u>NOTICE TO TAKE AUDIOVISUAL DEPOSITION</u>**

The audiovisual deposition of claimant, Henry Vinson, presently scheduled for Tuesday, March 12, 2013, has been rescheduled.  Accordingly, the Notice to Take Audiovisual

Deposition filed on January 22, 2013 (ECF 87) is hereby amended as follows:

YOU ARE HEREBY NOTIFIED that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, counsel for the plaintiff, United States of America, will take the audiovisual deposition of HENRY VINSON on Thursday, April 18, 2013, beginning at 9:30 a.m., at the office of the United States Attorney, Robert C. Byrd United States Courthouse, 300 Virginia Street East, Room 4000, Charleston, West Virginia, 25301.  The deposition will be taken before an authorized court reporter and will continue from time to time and day to day without further notice.

The deposition shall be used for all purposes permitted by the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

          Respectfully submitted,

          R. BOOTH GOODWIN II
          United States Attorney

By:  s/Betty A. Pullin
     BETTY A. PULLIN
     WV State Bar No. 5590
     Assistant United States Attorney
     P. O. Box 1713
     Charleston, West Virginia  25326
     Telephone:  (304) 345-2200
     Telefax:  (304) 347-5440
     Email:  betty.pullin@usdoj.gov

**CERTIFICATE OF SERVICE**

I electronically filed the foregoing "AMENDED NOTICE TO TAKE AUDIOVISUAL DEPOSITION" (Henry Vinson), with the Clerk of the Court using the CM/ECF system this 12th day of March, 2013, and certify that service of the same was made this same date upon the following opposing counsel electronically through the CM/ECF system:

>John D. Wooton, Esquire
>The Wooton Law Firm
>P. O. Drawer 2600
>Beckley, West Virginia  25801
>Email:  jdw6150@aol.com
>
>Gregory J. Campbell, Esquire
>Campbell Law Offices
>1412 Kanawha Boulevard East
>Charleston, West Virginia  25301
>Email:  gcamlaw@aol.com
>
>Paul M. Stroebel, Esquire
>Stroebel & Johnson
>P. O. Box 2582
>Charleston, West Virginia  25329-2582
>Email:  paulstroeb@aol.com

>>By:  s/Betty A. Pullin
>>      BETTY A. PULLIN
>>      WV State Bar No. 5590
>>      Assistant United States Attorney
>>      P. O. Box 1713
>>      Charleston, West Virginia  25326
>>      Telephone:  (304) 345-2200
>>      Telefax:  (304) 347-5440
>>      Email:  betty.pullin@usdoj.gov